# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2022
Lyle W. Cayce
Clerk

No. 20-40498

---

Demetrius Sherman Joseph, Sr.,

*Plaintiff—Appellant*,

versus

William R. Jefferson, Jr.; Christopher A. Wood; Annuncia Wright; Mark A. Callahan; Francisco Garcia; Brandon Howard,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:17-CV-235

---

Before Stewart, Willett, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.